**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MICHAEL ANDREW RODGERS and
GLYNN DILBECK**                                                   **PLAINTIFFS**

**VS.**                       **4:17-CV-00501-BRW**

**COLONEL BILL BRYANT, in his official
capacity as Director of the Arkansas State Police**           **DEFENDANT**

**ORDER**

On September 26, 2017, I granted Plaintiffs' Motion for Preliminary Injunction.[1] The Court of Appeals for the Eighth Circuit affirmed the order on November 6, 2019 and entered a mandate earlier this month.[2] Yesterday, the parties informed me that a final order could be entered based on the current record.

Accordingly, based on the findings of fact and conclusions of law in the September 26, 2017 Order, judgment is entered for Plaintiffs. This case is closed.

IT IS SO ORDERED this 26th day of March, 2020.

                                                                <u>Billy Roy Wilson</u>
                                                                UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 25.

[2] Doc. Nos. 39, 42.