IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL ANDREW RODGERS and
GLYNN DILBECK                                                                       PLAINTIFFS

VS.                              4:17-CV-00501-BRW

COLONEL BILL BRYANT, in his official
capacity as Director of the Arkansas State Police                                   DEFENDANT

## JUDGMENT

Based on the order entered today, judgment is entered for Plaintiffs. This case is closed.

IT IS SO ORDERED this 26th day of March, 2020.

                                                   Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE